**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Maria Elvia ZEPEDA–CARLON,
Defendant–Appellant.**

**No. 05–50776.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided April 12, 2006.

Joseph H. Gay, Jr, Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, San Antonio, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

**PER CURIAM:** *

Appealing the Judgment in a Criminal Case, Maria Elvia Zepeda–Carlon raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.